UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA MARTINEZ, individually and on behalf of other persons similarly situated ) ) ) ) Plaintiff, ) ) v. ) ) ADMINISTAFF COMPANIES II, L.P., ) TWO CHEFS ON A ROLL, INC., and ) DOES 2 through 20 ) ) Defendants. ) ) | CV 10-00154 SVW (JEMx) ORDER REMANDING CASE FOR LACK OF SUBJECT MATTER JURISDICTION [JS-6] |

1  Having received the response of Defendant Two Chefs On A Roll,
2  Inc., to the Court's order to show cause, the Court declines to
3  exercise jurisdiction over this case pursuant to 28 U.S.C. §
4  1332(d)(4).
5  Accordingly, the Court ORDERS that the action be REMANDED to state
6  court pursuant to 28 U.S.C. § 1447(c).

  IT IS SO ORDERED.

DATED:    March 24, 2010

STEPHEN V. WILSON

UNITED STATES DISTRICT JUDGE

2